B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
District of Delaware

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Conex International, LLC | Conex International Corporation |

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): 76-0145593 | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>13879 U.S. Highway 90<br>Beaumont, TX | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Jefferson County<br>ZIP CODE 77713 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7   ☑ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor** (Form of Organization)

☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other
Contracting and Industrial Svcs.

### VENUE

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Conex Holdings, LLC | Case Number | Date<br>02/20/2011 |
|---|---|---|
| Relationship<br>Affiliate | District<br>Delaware | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor  Conex International, LL

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ Troy Jefferson, Vice President/Principal | x /s/ Stuart M. Brown           02/20/2011 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Wells Fargo Bank, N.A. (see attached)    02/20/2011 | Edwards Angell Palmer & Dodge LLP |
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any) |
|  | 919 N. Market St., 15th Floor, Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 90 S. 7th St., 19th Floor | (302) 777-7770 |
| Minneapolis, MN 55479 | Telephone No. |

| x /s/ Thomas E. McGraw, Vice President | x /s/ Randall L. Klein           02/20/2011 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Bank of Montreal (see attached)    02/20/2011 | Goldberg Kohn Ltd |
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any) |
|  | 55 E. Monroe St., Suite 3300, Chicago, IL 60603 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 115 S. LaSalle Street | (312) 201-4000 |
| Chicago, IL 60603 | Telephone No. |

| x /s/ Paul G. Price, VP | x |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| The Prudential Ins. Co. of Am. (see attached)    02/20/2011 |  |
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 18 Fl Gateway Ctr Three 100 Mulberry Street Newark, NJ 07102 | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Wells Fargo Bank, N.A., 90 S. 7th St., Minneapolis, MN | Credit agreement default | not less than $25,666,666.68* |
| Bank of Montreal, 115 S. LaSalle St., Chicago, IL | Credit agreement default | not less than $17,666,666.67* |
| The Prudential Ins. Co. of Am.,100 Mulberry St, Newark, NJ | Credit agreement default | not less than $10,595,733.33* |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims not less than $53,929,066.68* |

__1__ continuation sheets attached

* Plus interest TBD. The claims of the petitioning creditors include claims of at least $14,425 more than the value of any lien on property of the debtor securing such claim.

Name of Debtor: Conex International, LLC
Case No. _____

FULL NAMES OF PETITIONERS

Wells Fargo Bank, N.A., for itself and as Agent on behalf of Wells Fargo Bank, N.A., Bank of Montreal, BMO Capital Markets Financing, Inc., Union Bank of California, The Prudential Insurance Company of America, Prudential Retirement Insurance and Annuity Company, Bank of America, N.A., Fifth Third Bank, Chicago, and The Northern Trust Company

Bank of Montreal, for itself and as subagent of Agent

The Prudential Insurance Company of America, for itself and as subagent of Agent