# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: )
          )   Chapter 11
CONEX INTERNATIONAL, LLC )   Case No. 11-10502 (CSS)
          )
    Debtor.  )
_____)

## **SUMMONS TO DEBTOR IN INVOLUNTARY CASE**

To the above named Debtor:

A petition under title 11 of the United States Code was filed against you in this bankruptcy court on February 20, 2011, requesting an order for relief under chapter 11 of title 11 of the United States Code.

YOU ARE SUMMONED and required to file with the clerk of the Bankruptcy Court for the District of Delaware a motion or answer to the petition within 21 days after service of this summons. A copy of the petition is attached.

Address of the clerk:

Clerk's Office of the United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801
Telephone: (302) 252-2900

At the same time, you must also serve a copy of your motion or answer on the petitioners' counsel:

| | |
|---|---|
| EDWARDS ANGELL PALMER & DODGE LLP | DLA PIPER LLP |
| Attn: Stuart M. Brown, R. Craig Martin and Cynthia Moh Baldwin | Attn: Alan P. Solow, Richard A. Chesley and Gregory S. Otsuka |
| 919 N. Market Street, 15th floor | 203 N. La Salle St. |
| Wilmington, DE 19801 | Suite 1900 |
| Telephone: (302) 777.7770 | Chicago, IL 60601 |
| Facsimile: (302) 777.7263 | Phone: (312) 368-343 |
| sbrown@eapdlaw.com | richard.chesley@dlapiper.com |
| rcmartin@eapdlaw.com | gregory.outsuka@dlapiper.com |
| cbaldwin@eapdlaw.com | |

WLM 525152.1

GOLDBERG KOHN LTD.
Attn: Randall L. Klein
55 E. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 201-4000
randall.klein@goldbergkohn.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c). If you fail to respond to this summons, the order for relief will be entered.

DAVID D. BIRD

Clerk of the Bankruptcy Court for the District of Delaware

Date: 2/22/11

By: Betsy Magnuson
Deputy Clerk